IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY J. KAWCZYNSKI,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-757-bbc

v.

AMERICAN COLLEGE OF CARDIOLOGY,
KIM ALLAN WILLIAMS, SR. and
AMERICAN COLLEGE OF CARDIOLOGY
FOUNDATION,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants American College of Cardiology, American College of Cardiology Foundation and Kim Allan Williams, Sr., granting their motion to dismiss and dismissing this case.

| /s/ | 5/13/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |