Ricky J. Kawczynski
3961 West Drexel Ave
Franklin, WI 53132
414-217-9558

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Ricky J. Kawczynski, | ) | Case No. 3:15-cv-00757-bbc |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF APPEAL |
| American College of Cardiology, | ) | |
| Kim Allan Williams, Sr.(President), | ) | |
| American College of Cardiology Foundation, | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

## Plaintiff, NOTICE OF APPEAL

Notice is hereby given that Rick Kawczynski, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 13th day of May, 2016.

Dated this 10th day of June, 2016

s/ Ricky J Kawczynski

Ricky J Kawczynski, Pro Se
3961 W Drexel Ave
Franklin, WI 53132